UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| STEPHEN S. WALKER, JR., | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 5: 19-321-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FRANCISCO QUINTANA, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The petition filed by Stephen Walker pursuant to 28 U.S.C. § 2241 [Record No. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. This matter is **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

3. This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

Dated: November 25, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky